621 A.2d 574

COMMONWEALTH of Pennsylvania, Respondent,

v.

Derrick BROADNAX, Petitioner.

Supreme Court of Pennsylvania.

March 4, 1993.

## ORDER

PER CURIAM:

AND NOW, this 4th day of March, 1993, the petition for allowance of appeal is granted, the order of the Superior Court is hereby reversed, and the matter is remanded to that Court for reconsideration in light of this Court's decision in *Commonwealth v. Bazemore*, 531 Pa. 582, 614 A.2d 684 (1992).